997 A.2d 338

Robert A. MASON, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2010, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.